UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID STRATTON, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA,<br><br>    Defendant. | Case No. 1:24-cv-00443-AKB<br><br>**MEMORANDUM DECISION AND ORDER** |

Pending before the Court is Defendant Packaging Corporation of America's Unopposed Motion for Rule 37(d) and 41(b) Relief Against Plaintiffs Trevor Bennett, Josh Boyce, and Oscar Martinez (Dkt. 24). Defendant requests an order from the Court requiring Plaintiffs Trevor Bennett, Josh Boyce, and Oscar Martinez (Plaintiffs) to answer and respond to PCA's written interrogatories and requests for production of documents within thirty days, or otherwise face dismissal from the action with prejudice for failure to engage in discovery or otherwise prosecute the action (*id.* at 2). Defendant advises it met and conferred in good faith with Plaintiffs' counsel to obtain responses, but Plaintiffs' counsel has been unable to obtain Plaintiffs' respective answers and responses without court action (*id.*). Accordingly, upon full consideration of the motion and finding good cause therefor, the Court hereby **GRANTS** Defendant's motion.

    **IT IS HEREBY ORDERED** that Plaintiffs Trevor Bennett, Josh Boyce, and Oscar Martinez must answer and respond to Defendant Packaging Corporation of America's March 6, 2025, First Request for Production of Documents and First Set of Interrogatories within **thirty**

**MEMORANDUM DECISION AND ORDER – 1**

**days** of this Order. Failure to answer and respond within **thirty days** of this Order may result in their claims against Defendant being dismissed with prejudice.

    **IT IS FURTHER ORDERED** that the parties shall jointly provide a status update regarding Plaintiffs Trevor Bennett, Josh Boyce, and Oscar Martinez's respective compliance with this Order, via email, to the Court's assigned law clerk, Taylor Tugya, at **taylor_tugya@id.uscourts.gov**, within **thirty days** of this Order.

DATED: November 10, 2025

_Amanda K. Brailsford_
**Amanda K. Brailsford**
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER – 2